UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 09-2012 PAM/JJK

Charlotte A. Pancake and Dr. Robert P. Hebbel,
                                Plaintiffs,

vs.

ETHEX Corporation, a Missouri Corporation and
K-V Pharmaceutical Company, a Delaware Corporation,
                                Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, acting through counsel, hereby stipulates and agrees that this action is

DISMISSED WITH PREJUDICE.

Respectfully submitted,

MILAVETZ, GALLOP & MILAVETZ, P.A.

By: /s/ Chad Wm. Schulze
Chad Wm. Schulze (#323494)
6500 France Avenue Sout
Edina, MN 55435
Telephone: (952) 920-7777

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _8th_ day of ___June___, 2010, a true
and correct copy of the foregoing document was served electronically and by first class mail on the
following counsel for Defendants:

Linda S. Svitak (#178500)
W. T. Roberts, III (Trey) (#0352949)
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-8541
(612) 766-1600 (fax)

Margaret D. Hall
Stacy Jordan Rodriguez

SONNENSCHEIN NATH & ROSENTHAL LLP
2000 McKinney Ave.
Suite 1900
Dallas, Texas 75201
(214) 259-0900
(214) 259-0910 (fax)
Email: pdhall@sonnenschein.com
Email: sjrodriguez@sonnenschein.com

/s/ Chad Wm. Schulze

Chad Wm. Shulze