UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Charlotte A. Pancake and Dr. Robert P. Hebbel,

        Plaintiffs,

vs.

ETHEX Corporation, a Missouri Corporation and
K-V Pharmaceutical Company, a Delaware Corporation,

        Defendants.
_____

Civil 09-2012 PAM/JJK

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to F. R. Civ. P. 41(a) and the Stipulation of the parties,

**IT IS HEREBY ORDERED:**

1. That the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July  13 , 2010

BY THE COURT:

 s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge